NO. 07-12-0462-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 27, 2012
_____

PEDRO PEREZ MORALES,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY;

NO. C-10-0321-SB; HONORABLE JAY K. WEATHERBY, JUDGE
_____

***On Motion to Dismiss***
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant Pedro Perez Morales and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Do not publish.                                    Per Curiam